**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re
ANGELA BLOUNT HUDSON
       Debtor(s)

Case No: 13-30932-DHW
Chapter 13

---

### TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

---

      The debtor's Chapter 13 case was filed on April 13, 2013. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Monday, July 8, 2013, and on that date the Court ordered the plan confirmed.

      Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

      Amount of debtor(s) plan payments:

**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| ANGELA BLOUNT HUDSON | ANGELA BLOUNT HUDSON | 1,000.00 | ANNUALLY | 04/15/2013 |
| ANGELA BLOUNT HUDSON | MOBIS ALABAMA | 79.00 | BI-WEEKLY | 05/13/2013 |
| ANGELA BLOUNT HUDSON | ANGELA BLOUNT HUDSON | 0.00 | WEEKLY | 04/15/2018 |

      Period of payments: 58 months or until 0.00% is paid on allowed unsecured claims.

      Payable to:    **Chapter 13 Trustee**
                     **P. O. Box 613108**
                     **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $2,750.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $7.74 |
| Clerk of Court | Filing Fee | $231.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| CAPITAL ASSET RECOVERY LLC | Y | $5,575.00 | 4.25 % | $226.00 |

In re                                                          Case No: 13-30932-DHW
ANGELA BLOUNT HUDSON                                           Chapter 13
          Debtor(s)


3.   Payments on allowed unsecured claims (including undersecured claims) will be made after senior
     expenses and claims are paid.


Dated this Tuesday, July 16, 2013.                    /s/ *Curtis C. Reding.*
                                                      _____
                                                      Curtis C. Reding
                                                      Chapter Thirteen Trustee

                            **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either
electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed,
this Tuesday, July 16, 2013.



                                                      /s/ *Curtis C. Reding*
                                                      _____
                                                      Curtis C. Reding
                                                      Chapter Thirteen Trustee